# IN THE SUPREME COURT OF THE STATE OF NEVADA

THE STATE OF NEVADA,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
RICHARD SCOTTI, DISTRICT JUDGE,
Respondents,
  and
BAYZLE MORGAN,
Real Party in Interest.

No. 70945

FILED

AUG 0 8 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION

This original petition for a writ of mandamus challenges a district court order granting real party in interest's request to instruct the jury regarding lesser-related offenses. Having considered the documents on file herein, we conclude that petitioner has failed to demonstrate that our extraordinary intervention is warranted, NRS

16-24517

34.170; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004), and we therefore

ORDER the petition DENIED.[1]

_____ *Cherry* , J.
Cherry

_____ , J.
Douglas

_____ , J.
Gibbons

cc:    Hon. Richard Scotti, District Judge
       Attorney General/Carson City
       Clark County District Attorney
       The Law Office of Daniel M. Bunin
       Dayvid J. Figler
       Eighth District Court Clerk

---

[1]We deny as moot the request for stay and lift the temporary stay entered in this matter on August 4, 2016.